**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| SHANERIKA FLEMINGS | CIVIL ACTION NO. 25-1070 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| CITY OF SHREVEPORT | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The defendant, City of Shreveport, has moved to vacate the previously issued scheduling order and extend the discovery deadlines. Record Document 33. The City of Shreveport argues that good cause exists for extending the discovery deadlines because the plaintiff, Shanerika Flemings ("Flemings"), failed to disclose the true nature of one witness's anticipated testimony. Record Document 37 at 3. In her initial disclosure, Flemings stated that her witness, Janelle Mascagni ("Mascagni"), "may have knowledge of Brooks' statements and comments regarding African Americans." Record Document 36-6.

However, in a declaration provided two days before the deadline, Mascagni made clear that she will testify about more than overheard racial comments. Record Document 33-4. Among other things, Mascagni will testify that two city councilmen plotted for Flemings' termination because of complaints she made about her treatment: "Mr. Brooks openly stated that he knew Ms. Flemings was complaining about his inappropriate behavior toward her and, as a result, was discussing a plan with the councilmember to terminate Ms. Flemings." *Id.* at 1.

In these circumstances, good cause exists for modifying the scheduling order. *SW Enter., LLC v. SouthTrust Bank of Ala.*, 315 F.3d 533, 535-36 (5th Cir. 2003). The City of Shreveport has explained that Flemings minimized the nature of Mascagni's testimony, and as such, did not depose her. The sensational nature of Mascagni's testimony evidences how important it could be for Flemings' claims. Finally, Flemings will not suffer prejudice from a brief delay that will permit the City of Shreveport to depose one of her witnesses. As explained below, because the delay is brief, a continuance is not warranted.

Following this order, the Court will enter a revised scheduling order that extends the discovery period for thirty days. Although the City of Shreveport requested a sixty day extension, this Court has vacated its scheduling order and extended the discovery deadline once already. *See* Record Document 21. Because the parties have already received one extension, this Court will not delay the proceeding any longer than reasonably necessary, which is thirty days. Considering the foregoing,

**IT IS ORDERED** that the defendant's Motion to Vacate Scheduling Order or to Extend Pretrial Deadlines, Record Document 33, is **GRANTED IN PART**. A revised scheduling order will be issued in due course.

**DONE AND SIGNED** at Shreveport, Louisiana, this 18th day of August, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE